Harvey Douglas Goff, Jr.
c/o Davis County Jail
Inmate No.: 201105726
PO Box 130
Farmington, Utah 84125-0130

FILED

U.S. DISTRICT COURT

2011 AUG -3  P 1:38

DISTRICT OF UTAH

BY:
DEPUTY CLERK

In the district court of the United States - Utah

Case no.: 1:11-cr-00060 -TC

UNITED STATES OF AMERICA, Plaintiff

V.

HARVEY DOUGLAS GOFF, Defendant

Declaration in the nature of an affidavit of Political Status

And an affidavit of Probable cause

And an affidavit of counter claim

I am the steward of the living flesh known as Harvey Douglas Goff, Jr. and am of competent age and capacity to testify. I have personal knowledge of the facts set forth hereinafter and declare them to be true and not misleading. I make no oaths, Almighty God adjuring me to refrain from such. Under my Unlimited Liability, I declare the following facts are true:

My Political Status

1. On May 12, 2011, I confess my political status as a beneficiary of the trust, United States of America, at a proceeding in the building located at the northwest corner of Fourth South and Main Streets in Salt Lake City, Utah.

2. During said proceeding, I was told I was in a United States District Court.

Page 1 of 5

3. On July 27, 2011, I confess, again, My Political Status as a Beneficiary of the Trust, United States of America, at the same location in Salt Lake City, Utah

4. The United States of America is signatory to the United Nations' "Declaration of Human Rights."

5. Said Declaration of Human Rights recognizes the right of all people to Declare their Political Status.

6. As a signatory to Said Declaration of Human Rights, United States of America Recognizes My Right to Declare My Political Status.

7. I, hereby, again, Declare that I am a Beneficiary of the Trust, United States of America, founded July 4, 1776.

8. The governing document, i.e. the Trust Document of said Trust is the Constitution for the United States of America.

9. On July 27, 2011, Samuel Alba confessed to me publicly that he gave his solemn oath of office to "Uphold, protect and defend" said Trust Document, pursuant to Article VI of said Trust Document.

PROBABLE CAUSE

10. On July 27, 2011, Samuel Alba Breached his Oath of Office, in that, he refused appointment as my (a trust Beneficiary) fiduciary to administer said trust for my benefit and enjoyment.

11. On May 12, 2011, Samuel Alba, claiming status as a "United States District Court Magistrate Judge," ordered detention of me and my body for an indefinite period in direct conflict with the stated purpose of the Trust to "secure the Blessings of Liberty to ourselves and our Posterity."

12. The foregoing facts demonstrate probable cause for rise to disqualify Samuel Alba as a United States District Court Magistrate Judge.

13. I complaine that Samuel Alba has disparraged, violated and denied my right

PAGE 2 OF 5

TO LIBERTY BY HIS ACTS DESCRIBED HEREIN ABOVE.

14. ON JULY 27, 2011, SAMUEL ALBA QUOTED THE TWELFTH ARTICLE OF FAITH AS PUBLISHED BY THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS AND ASKED "MR. GOFF, DO THOSE WORDS MEAN ANYTHING TO YOU?" "THOSE WORDS" BEING, "WE BELIEVE IN BEING SUBJECT TO KINGS, PRESIDENTS, RULERS, AND MAGISTRATES IN OBEYING, HONORING, AND SUSTAINING THE LAW."

15. THE GREAT JEHOVAH ALONG WITH THE FATHER OF US ALL HAVE DECREED AT DOCTRINE AND COVENANTS 98:6-9, "THEREFORE, I, THE LORD, JUSTIFY YOU AND THE BRETHREN OF MY CHURCH, IN BEFRIENDING THAT LAW WHICH IS THE CONSTITUTIONAL LAW OF THE LAND [AMERICA]; AND AS PERTAINING TO THE LAW OF MAN, WHATSOEVER IS MORE OR LESS THAN THIS, COMETH OF EVIL. I, THE LORD GOD, MAKE YOU FREE, THEREFORE YE ARE FREE INDEED; AND THE LAW ALSO MAKETH YOU FREE. NEVERTHELESS, WHEN THE WICKED RULE THE PEOPLE MOURN."

16. PETER, A NEW TESTAMENT PROPHET AND APOSTLE OF THE LORD, JESUS CHRIST, ALONG WITH OTHER APOSTLES DECLARED AT ACTS 5:28, "WE OUGHT TO OBEY GOD RATHER THAN MEN."

17. SAMUEL ALBA, ON JULY 27, 2011 AND CONTRARY TO MY STATEMENT THAT I DO NOT UNDERSTAND ANYTHING CONTAINED IN THE PURPORTED INDICTMENT AND THAT I MAKE NO PLEA, SAID HE WAS ENTERING A PLEA OF "NOT GUILTY" IN MY BEHALF.

18. SAMUEL ALBA IS WITHOUT AUTHORITY TO ENTER A PLEA IN ANYONE'S BEHALF ABSENT THAT PARTY'S PERMISSION TO DO SO.

19. NEVER, AT ANYTIME, DO I KNOWINGLY AUTHORIZE SAMUEL ALBA TO ENTER ANY PLEA IN ANY MATTER IN MY BEHALF.

20. SAMUEL ALBA'S ACT OF ENTERING ANY PLEA FOR ME OR FOR THE DEFENDANT IS WITHOUT MY AUTHORIZATION AND, THEREFORE A NULLITY.

21. For me and the defendant, I waive the benefit privileges of plea, trial and sentence in the above captioned action.

22. I do not consent to this action, styled as UNITED STATES OF AMERICA vs. HARVEY DOUGLAS GOFF, case no.: 1:11-cr-00060.

23. The sole contract in this matter is my contract with each and every public employee or public servant who has given an oath to uphold, protect and defend the Trust Document, The Constitution for the United States of America, also, popularly known as "United States Constitution."

24. The Plaintiff, United States of America has no standing to sue me, a Grantor and Beneficiary of said Trust.

25. Therefore, the Trust, United States of America has injured me by the acts of its Agents and Counsels.

26. On July 29, 2011, I was present at a proceeding wherein said Samuel Alba, in defiance to my status, ordered me and my body detained absent evidence of a flight risk and absent evidence of risk to the community or me were/not detained.

27. My comprehension of a court of record, which said Samuel Alba claims is the case for the forum he presides over, is that it is a fair and impartial tribunal where 1) the magistrate (Alba) is independent of the tribunal (the decision-making authority), and 2) adjudicates the common law.

28. Samuel Alba ordered me and my body detained in a proceeding called a "Detention Hearing" occurring on July 29, 2011. Said proceeding was perfidious to the law, lasting less than one minute. Though three witnesses, who are competent and ready to testify to my peaceful nature, were present, No evidence was taken. Further, Samuel Alba ordered detainment citing the sole reason as I "do not recognize the authority of this court and

HAVE REFUSED TO SHOW DEFERENCE TO THE COURT." I FATHOM NO RELATION TO SAMUEL ALBA'S REASON FOR DETAINMENT AND RISKS OF FLIGHT OR HARM TO THE COMMUNITY.

29. ACCORDING TO MY STUDY OF UNITED STATES CODE, TITLE 28, A MAGISTRATE JUDGE HAS ONLY AUTHORITY TO MAKE RECOMMENDATIONS TO THE COURT FOR ACTIONS TO BE TAKEN BY THE COURT. BY SAMUEL ALBA'S ORDERING DETAINMENT IN THE INSTANT MATTER, MY RIGHTS TO LIBERTY AND DUE PROCESS OF LAW ARE VIOLATED AT SAMUEL ALBA'S HANDS AND HIS ACT IS WITHOUT AUTHORITY. MY STUDY OF USC, TITLE 18 TELLS ME THAT VIOLATION OF RIGHTS IS A FELONY, PERPETRATED BY THE ONE WHO VIOLATES A RIGHT.

30. FOR ANY ONE OR MORE OF THE FOREGOING REASONS, PROBABLE CAUSE EXISTS THAT SAMUEL ALBA HAS ACTED IN VIOLATION OF THE PROVISIONS OF SAID TITLE 18.

31. MY CLAIM TO MY RIGHTS IS AS ONE OF THE POSTERITY AND AS ONE OF THE PEOPLE OF THE UNITED STATES, AND NOT OF THE SUBORDINATED STATUS AS A U.S. PERSON OR CITIZEN OF THE UNITED STATES.

COUNTER CLAIM

32. SAMUEL ALBA AND THE SAID TRUST HAVE INJURED ME TO THE EXTENT OF ONE HUNDRED SEVENTY-NINE MILLION OUNCES OF .900 FINE SILVER AS OF JULY 29, 2011. THE AMOUNT OF INJURY GROWS DAILY.

33. I AGREE TO STAND LIABLE FOR ANY INTENTIONAL MIS-STATEMENTS CONTAINED HEREIN UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA.

FURTHER SAY I NAUGHT, THE 31ST DAY OF JULY, 2011.

HARVEY DOUGLAS GOFF, DEFENDANTS AGENT

PAGE 5 OF 5

CERTIFICATE OF MAILING

I DUPLICATE ORIGINAL OF

I CERTIFY HEREBY THAT I TENDERED THE ENCLOSED DECLARATION IN THE NATURE OF AN AFFIDAVIT OF POLITICAL STATUS AND AN AFFIDAVIT OF PROBABLE CAUSE AND AN AFFIDAVIT OF COUNTERCLAIM TO A DEPUTY OF THE DAVIS COUNTY SHERIFF ON 31 July 2011 FOR MAILING ON 1 August 2011 TO THE FOLLOWING:

ATTORNEYS FOR THE UNITED STATES OF AMERICA
185 SOUTH STATE STREET, SUITE 300
SALT LAKE CITY, UTAH 84111

