LODGED

# UNITED STATES DISTRICT COURT
United States Courthouse
Salt Lake City, Utah

**Tena Campbell**
U. S. District Court Judge

RECEIVED CLERK

AUG 26 2011

U.S. DISTRICT COURT

August 26, 2011

Mr. Todd Utzinger
144 North 100 West
Bountiful, Utah 84010

    Re:    <u>U. S. v. Harvey Douglas Goff</u>
             Case No. 1:11 CR 60 TC

Dear Mr. Utzinger:

    I am enclosing materials I received from your client.

                              Sincerely,

                              TENA CAMPBELL
                            U. S. District Court Judge

enclosures