Harvey Douglas Goff, Jr.
c/o Davis County Jail
Inmate No.: 201105726
PO Box 130
Farmington, Utah 84125-0130

FILED
U.S. DISTRICT COURT
2011 AUG 24 P 12: 36
DISTRICT OF UTAH
BY: _____
     DEPUTY CLERK

In the District Court of the United States - Utah

Case No: 1:11-cr-00060 TC

UNITED STATES OF AMERICA, Plaintiff

v.

HARVEY DOUGLAS GOFF, Defendant

Request for Detention Hearing

I, the steward of the living flesh known as Harvey Douglas Goff, Jr., hereby request a detention hearing at the court's earliest possible convenience. The last detention hearing in the above captioned matter was held July 29, 2011. I request a Judge, and not a Magistrate Judge preside at the requested hearing. I further request notice of the hearing place, time and date.

Dated this 22nd day of August, 2011.

Respectfully,

V.C. [signature]
Agent for Defendant

CERTIFICATE OF SERVICE

I CERTIFY THAT ON THE 22ND DAY OF AUGUST, 2011 THAT I RENDERED A TRUE COPY OF THE FOREGOING REQUEST FOR DETENTION HEARING TO A DAVIS COUNTY SHERIFF'S DEPUTY FOR MAILING ON THE NEXT BUSINESS DAY TO THE FOLLOWING:

UNITED STATES ATTORNEY
185 SOUTH STATE STREET, SUITE 300
SALT LAKE CITY, UTAH  84111

DAVIS COUNTY JAIL
INMATE: HARVEY DOUGLAS GOFF
INMATE NUMBER: 201105924
P.O. BOX 130
Farmington UT 84025-0130

LEGAL MAIL

CLERK OF COURT
FOR FILING
DISTRICT COURT OF THE UNITED STATES
350 South Main Street
SALT LAKE CITY UTAH 84101-c

Hasler
$00.200
08/23/2011
Mailed From 84025
US POSTAGE
FOREVER