LODGED

UNITED STATES DISTRICT COURT
United States Courthouse
Salt Lake City, Utah

FILED
U.S. DISTRICT COURT

2011 SEP -2  P 2: 38

DISTRICT OF UTAH

BY:_____
     DEPUTY CLERK

**Tena Campbell**
U. S. District Court Judge

September 2, 2011

Mr. Todd Utzinger
144 North 100 West
Bountiful, Utah 84010

      Re:    <u>U. S. v. Harvey Douglas Goff</u>
                Case No. 1:11 CR 60 TC

Dear Mr. Utzinger:

    I am enclosing what appears to me to be your client's objection to his detention. He has asked me to set a hearing but all motions must be filed by you, if you think it appropriate.

                        Sincerely,

                        *Tena Campbell*
                        TENA CAMPBELL
                        U. S. District Court Judge

enclosures