Harvey Douglas Goff Jr.
c/o Davis County Jail
Inmate No.: 201105726
PO Box 130
Farmington, Utah 84125-0130

LODGED
FILED
U.S. DISTRICT COURT

2011 SEP -7  A 10: 53

DISTRICT OF UTAH

BY:_____
DEPUTY CLERK

In the District Court of the United States - Utah
Case No: 1:11-cr-00060 TC
United States of America, Plaintiff

v.

HARVEY DOUGLAS GOFF

Request for Continuance

As steward of the living flesh known as Harvey Douglas Goff, Jr.
I hereby request the above captioned matter be continued
to allow reasonable time to address the deficiencies in said
matter set forth in the accompanying Declaration in the nature of
an Affidavit Dated __5__ September, 2011.
Respectfully made, this __5__ day of September, 2011.

Harvey Douglas Goff, Jr.,
Agent for Defendant

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT I TENDERED A TRUE COPY OF THE ENCLOSED
REQUEST FOR CONTINUANCE TO A DEPUTY OF THE DAVIS COUNTY
SHERIFF ON __5__ SEPTEMBER, 2011 TO THE FOLLOWING:

FOR MAILING ON SEPTEMBER 6, 2011.

UNITED STATES ATTORNEY
185 SOUTH STATE STREET, SUITE 300
SALT LAKE CITY, UTAH 84111

HARVEY DOUGLAS GOFF, JR.
c/o DAVIS COUNTY JAIL
INMATE No.: 201105726
PO BOX 130
FARMINGTON, UTAH 84125-0130

FILED
U.S. DISTRICT COURT

2011 SEP -7  A 10: 54

DISTRICT OF UTAH

BY:_____
        DEPUTY CLERK

IN THE DISTRICT COURT OF THE UNITED STATES - UTAH
CASE NO: 1:11-cr-00060
UNITED STATES OF AMERICA, PLAINTIFF
V.
HARVEY DOUGLAS GOFF

DECLARATION IN THE NATURE OF AN AFFIDAVIT

I AM THE STEWARD OF THE LIVING FLESH KNOWN AS HARVEY DOUGLAS GOFF, JR.
AND AM OF COMPETENT AGE AND CAPACITY TO TESTIFY. I HAVE PERSONAL KNOWLEDGE
OF THE FACTS I SET FORTH HEREIN AND DECLARE THEM TO BE TRUE AND NOT
MISLEADING. I MAKE NO OATHS, ALMIGHTY GOD ADJURING ME TO REFRAIN FROM
SUCH. UNDER MY UNLIMITED LIABILITY, I DECLARE THE FOLLOWING FACTS ARE TRUE:

1. I RESTATE AND REALLEGE EACH AND EVERY FACT SET FORTH IN MY DECLARATION IN THE
NATURE OF AN AFFIDAVIT OF POLITICAL STATUS AND AN AFFIDAVIT OF PROBABLE CAUSE
AND AN AFFIDAVIT OF COUNTERCLAIM MADE BY ME THE 31ST DAY OF JULY, 2011, AND
FILED IN THIS MATTER "2011 AUG-3 P 1:39".

2. I HAVE NEITHER SEEN NOR BEEN PRESENTED WITH ANY EVIDENCE, AND LIKEWISE,
ANY MATERIAL FACT THAT DEMONSTRATES THAT PLAINTIFF, UNITED STATES OF
AMERICA, HAS MADE ANY REBUTTAL, ANSWER, RESPONSE OR OTHER OBJECTION
TO SAID JULY 31, 2011 DECLARATION, AND I BELIEVE THAT NO SUCH EVIDENCE EXISTS.

PAGE 1 OF 3

3. A TRUE COPY OF SAID DECLARATION WAS MAILED TO PLAINTIFF'S COUNSEL ON AUGUST 1, 2011 AND DELIVERY OF SAME TO PLAINTIFF'S COUNSEL IS PRESUMED NO LATER THAN AUGUST 4, 2011.

4. MY BELIEF IS THAT THE FEDERAL RULES OF CIVIL PROCEDURE PROVIDE THAT A COUNTERCLAIM MUST BE ANSWERED WITHIN TWENTY DAYS OF PRESENTMENT TO AVOID DEFAULT BY THE SILENT PARTY.

5. I BELIEVE THAT UNITED STATES OF AMERICA IS SILENT TO MY COUNTERCLAIM AND IS, THEREFORE, IN DEFAULT.

6. I AM NOT PRO SE COUNSEL TO THE DEFENDANT IN THE ABOVE CAPTIONED MATTER.

7. I AM BROUGHT TO COURT AGAINST MY WILL AND DO NOT CONSENT TO STATUS AS SURETY FOR HARVEY DOUGLAS GOFF.

8. I HAVE NO AGREEMENT FOR REPRESENTATION WITH TODD UTZINGER

9. THE DEFENDANT HAS NO AGREEMENT WITH TODD UTZINGER FOR REPRESENTATION.

10. I APPOINT GERRIT TIMMERMAN MY ASSISTANT AND OF COUNSEL IN THIS MATTER.

11. I HAVE REQUESTED ACCESS TO DAVIS COUNTY JAIL LAW LIBRARY TO DO LEGAL RESEARCH IN THIS MATTER, AND MY REQUEST FOR ACCESS IS DENIED BY DEPUTY JAQUEZ, A DAVIS COUNTY SHERIFF'S DEPUTY AND PROGRAMS DIRECTOR FOR DAVIS COUNTY JAIL. SEE EXHIBIT 1 HERETO.

12. I HAVE RECIEVED NO DISCOVERY FROM PLAINTIFF IN ANY MEANINGFUL OR ACCESSIBLE FORMAT. A COMPUTER CD IS NOT ACCESSIBLE FORMAT WHEN I AM DENIED ACCESS TO EQUIPMENT REQUIRED TO VIEW INFORMATION CONTAINED THERE ON.

13. THEREFORE, I REQUEST CONTINUANCE OF THIS MATTER UNTIL SUCH TIME THAT I MAY SEE AND COMPREHEND THE EVIDENCE (IF ANY) IN THIS MATTER.

PAGE 2 OF 3

# Davis County Jail
# Law Library Access Application

Inmate Name: _GOFF, HARVEY_ Booking #: _2011 05726_ Date: _12 August 2011_

### PLEASE PROVIDE THE FOLLOWING INFORMATION
### Form must be fill out completely

Access is generally granted only to those who are (Pro Se (self represented)) concerning their pending case.
Access is generally not granted if this concerns a civil matter.           ~PROBABLY~
                                                    (FEDERAL DIST CT)

CASE NUMBER: _11 CR 00060 TC_ ASSIGNED COURT: _USDC - UTAH - NORTHERN_

JUDGE'S NAME (If known): _TENA CAMPBELL_ CASE TYPE: CIVIL OR (CRIMINAL)  DIVISION

LEGAL REPRESENTATION: (YES) (NO) NAME OF LEGAL REP: _STAND BY COUNSEL_
                                           (Todd            OF RECORD IS
                                           Hutzinger)         INDICATED

Provide below a detailed plan of what you will be doing with your time in the law library. Include
a list of items you will be looking up and researching. (Use back if necessary)
This is to ensure that you are only working on the approved case and no other matters.

APPROVED OR DENIED BY: _Jay_

NOTES: _You have legal representation for this case_

_DEPUTY JAQUEZ!_

_TODD UTZINGER IS NOT MY ATTORNEY. I HAVE PAPER WORK
FROM THE COURT SHOWING THAT HE IS STAND BY COUNSEL WHICH
MEANS THAT I AM RESPONSIBLE TO RESEARCH AND PRESENT ARGUEMENTS
HE IS NOT MY ATTORNEY,_

_PLEASE RECONSIDER! THANKS_

SCANNED
AUG 23 2011
BY _____

EXHIBIT 1

CERTIFICATE OF MAILING

I HEREBY CERTIFY THAT I TENDERED A TRUE COPY OF THE ENCLOSED DECLARATION IN THE NATURE OF AN AFFIDAVIT TO A DEPUTY OF THE DAVIS COUNTY SHERIFF ON 5 SEPTEMBER 2011 FOR MAILING ON 6 SEPTEMBER, 2011 TO THE FOLLOWING:

UNITED STATES ATTORNEY
185 SOUTH STATE STREET, SUITE 300
SALT LAKE CITY, UTAH 84111