CARLIE CHRISTENSEN, United States Attorney (#0633)
MICHAEL J. THORPE, Assistant United States Attorney (#11992)
Attorneys for the United States of America
185 South State Street, Suite 400
Salt Lake City, Utah  84111
michael.thorpe@usdoj.gov
Telephone:  (801) 524-5682   Fax: (801) 325-3387
_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  1:11-CR-00060TC |
| Plaintiff, | |
| vs. | WITHDRAWAL OF COUNSEL |
| HARVEY DOUGLAS GOFF, | JUDGE TENA CAMPBELL |
| Defendant. | |

_____

Notice is hereby given of the withdrawal of counsel, Michael J. Thorpe, Assistant United States Attorney, for the United States.

DATED this 22nd day of September, 2011.

                                          CARLIE CHRISTENSEN
                                          United States Attorney

                                          /s/ Michael J. Thorpe
                                          MICHAEL J. THORPE
                                          Assistant United States Attorney