TODD UTZINGER (6047)
Attorney for Defendant
144 North 100 West
Bountiful, Utah 84010
Telephone (801) 397-3131
Facsimile (801) 397-3139

_____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MOTION TO WITHDRAW AS |
|  | ) | COUNSEL |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 1:11-CR-060 TC |
|  | ) |  |
| HARVEY DOUGLAS GOFF, | ) | Judge Tena Campbell |
|  | ) |  |
| Defendant. | ) |  |

_____

TODD UTZINGER, hereby moves the Court for permission to withdraw as counsel in the above-entitled case for personal reasons.

RESPECTFULLY SUBMITTED this 8th day of December, 2011.


/S/Todd Utzinger
TODD UTZINGER
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing MOTION TO WITHDRAW AS COUNSEL was filed electronically and caused to be served by electronic notice to all parties listed below on this 8th day of December, 2011.

John W. Huber

john.huber@usdoj.gov


/S/Susana Arreola
Susana Arreola